## Case No. 16,316.

### UNITED STATES v. SMALLWOOD.

[5 Cranch, C. C. 35.] [1]

Circuit Court, District of Columbia. Nov. Term, 1836.

#### COMPETENCY OF WITNESS.

[Upon an indictment of a husband for assault and battery upon his wife, the wife may testify for the government. Following U. S. v. Fitton, Case No. 15,106.]

Witness. Indictment [against Moses Smallwood] for assault and battery upon his wife. The wife was admitted to testify for the United States, on the authority of the case of U. S. v. Fitton [Case No. 15,106].